383   IN RE AIR CRASH DISASTER NEAR LLANGADFAN, WALES, UNITED KINGDOM, ON OCTOBER 31, 1977

| Date | No. | Entry |
|---|---|---|
| 3/12/79 | 1 | MOTION, BRIEF, SCHEDULE OF CASES -- Defendant General Dynamics Corp. -- w/transfer order of Smart v. General Dynamics (A-3) and w/cert. of svc. (emh)<br>SUGGESTED TRANSFEREE DISTRICT: N.D. Texas<br>SUGGESTED TRANSFEREE JUDGE: |
| 3/22/79 | | APPEARANCES -- Clinton H. Coddington, Esq. for General Dynamics Corp.; Seymour L. Ellison, Esq. for Barbara K. Sweeney, etc., et al., Deah L. Smart, and William M. Smart, et al. (ea) |
| 3/23/79 | 2 | LETTER dated 3/17/79 -- General Dynamics Corp. (ea) |
| 3/27/79 | 3 | RESPONSE -- Sweeney, Smart & Smart, et al. -- w/Brief, Appendix and cert. of svc. (emh) |
| 3/30/79 | | HEARING ORDER -- Setting A-1 ~~and A-2~~ for hearing in E.D. Missouri on April 27, 1979 (cds) |
| 4/9/79 | 4 | REPLY/BRIEF -- Movant General Dynamics Corp. -- w/cert. of service (cds) |
| 4/23/79 | | NOTICE OF HEARING APPEARANCES for hearing held 4/27/79 in St. Louis, MO -- Clinton H. Coddington, Esq. for General Dynamics Corp.; Robert M. Lucy, Esq. for McDonnell Douglas Corp.; Gary Logan, Esq. for Jane Ann Kitchell, et al. (ea) |
| ~~4/18/79~~ 4/24/79 | 5 | LETTER -- Plaintiffs A-1, A-2, A-3 with copy of dismissal order of Judge Robert Hill dismissing A-3 in Tex.,N. ltr signed by Gary Logan dated 4/23/79 w/svc. (rew) |
| 4/24/79 | | ORDER -- Denying Motion as Moot and Vacating Hearing Scheduled 4/27/79 St. Louis, Mo. -- Notified counsel, involved judges and clerks (rew) |
| 5/22/79 | 6 | LETTER -- General Dynamics Corp. dated 5/18/79 signed by Clinton H. Coddington, Esq. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 383 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER NEAR LLANGADFAN, WALES, UNITED KINGDOM ON OCTOBER 31, 1977

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/27/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |

Special Transferee Information

DATE CLOSED: 4/24/79 moot

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 383 -- IN RE AIR CRASH DISASTER NEAR LLANGADFAN, WALES, UNITED KINGDOM, ON OCT. 31, 1977

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Barbara K. Sweeney, etc., et al. v. General Dynamics Corp. | N.Cal. | C78-0316-WAI | | | | |
| A-2 | Deah L. Smart v. General Dynamics Corp. | N.Cal. | C78-0557-WAI | | | | |
| A-3 | William M. Smart, et al. v. General Dynamics Corp. | N. Tex | 3-79-0129-H | | | 4/18/79 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 383 -- In re Air Crash Disaster Near Llangadfan, Wales, United Kingdom, on October 31, 1977

---

GENERAL DYNAMICS CORPORATION
Clinton H. Coddington, Esq.
Tucker & Coddington
5 Palo Alto Square, Suite 250
3000 El Camino Real
Palo Alto, California  94304

BARBARA K. SWEENEY, ETC., ET AL.(A-1)
DEAH L. SMART (A-2)
WILLIAM M. SMART, ET AL. (A-3)
Seymour L. Ellison, Esq.
1005-1045 Sansome Street
San Francisco, California  94111

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 383 -- IN RE AIR CRASH DISASTER NEAR LLANGADFAN, WALES, UNITED KINGDOM, ON OCTOBER 31, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Dynamics Corp. | A-1, A-2, A-3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |