DOCKET NO. 383

4/24/79

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH NEAR LLANGADFAN, WALES, UNITED KINGDOM, ON OCTOBER 31, 1977

ORDER DENYING MOTION AS MOOT AND VACATING HEARING

On April 18, 1979, the action pending in the Northern District of Texas and listed on the attached Schedule A was dismissed. Because the remaining two actions in this litigation are each pending in the same district,

IT IS ORDERED that the motion pursuant to 28 U.S.C. §1407 for transfer of actions pending in the Northern District of California and listed on the attached Schedule A to the Northern District of Texas be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed on March 30, 1979, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Murray I. Gurfein
Chairman

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara K. Sweeney, etc., et al. v. General Dynamics Corp. | Civil Action No. C78-0316-WAI |
| Deah L. Smart v. General Dynamics Corp. | Civil Action No. C78-0557-WAI |

### NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| William M. Smart, et al. v. General Dynamics Corp. | Civil Action No. 3-79-0129-H |